# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

**F I L E D**

JUN 01 1999

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| TY, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 99-CV-428-H(J) |
| | ) | |
| STEPHEN A. MOSS, ET AL., | ) | |
| | ) | |
| Defendant(s). | ) | |

## TRANSCRIPT OF PROCEEDINGS TRANSFERRED FROM THE
## NORTHERN DISTRICT OF ILLINOIS

TERMED BOBRIC
TRANSF

U.S. District Court
Northern District of Illinois (Chicago)

CIVIL DOCKET FOR CASE #: 99-CV-2996

Ty Inc v. Moss                                      Filed: 05/05/99
Assigned to: Hon. Ruben Castillo          Jury demand: Plaintiff
Demand: $0,000                                Nature of Suit:  840
Lead Docket: None                            Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 15:1127 Trademark Infringement


TY, INC., a Delaware              Richard William Young
Corporation                          [COR LD NTC A]
      plaintiff                          Darren Steven Cahr
                                             [COR]
                                             Michael Anthony Nicolas
                                             312-245-8482
                                             [COR]
                                             Gardner, Carton & Douglas
                                             321 North Clark Street
                                             Suite 3400
                                             Chicago, IL 60610-4795
                                             (312) 644-3000


      v.


STEPHEN A MOSS, an individual
dba
Clearly Better Products, Inc.
      defendant

COPY-ATTEST
W. DOBBINS, CLERK
D. Kello-Hemer
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: MAY 2 7 1999

Docket as of May 27, 1999 3:43 pm                Page 1

```
Proceedings include all events.                          TERMED
1:99cv2996 Ty Inc v. Moss                                      BOBRIC
                                                         TRANSF
5/5/99   1     COMPLAINT; jury demand -  Civil cover sheet - Appearance(s)
               of Michael Anthony Nicolas, Darren Steven Cahr, Richard
               William Young as attorney(s) for plaintiff ( original and
               one copy summons(es) issued.) ( Documents: 1-1 through 1-3)
               (dk) [Entry date 05/07/99]

5/5/99   --    RECEIPT regarding payment of filing fee paid; on 5/5/99
               in the amount of $ 150.00,  receipt # 2151. (dk)
               [Entry date 05/07/99]

5/7/99   --    MAILED letter to Richard William Young requesting trademark
               information (dk)

5/12/99  2     MINUTE ORDER of 5/12/99  by Hon. Ruben Castillo: The
               court's careful review of this complaint indicates that
               jurisdiction and venue are inappropriate in this district.
               Therefore, pursuant to this court's discretion under 28
               U.S.C. Sections 1404 and 1406, this lawsuit is hereby
               transferred to the Southern District of Florida Case
               transferred to Dist of: Southern District of Florida,
               terminating case. Mailed notice (dk) [Entry date 05/13/99]

5/19/99  3     MINUTE ORDER of 5/19/99  by Hon. Ruben Castillo: This
               court's 05/12/99 minute order is amended as follows:  This
               case is hereby transferred to the Northern District of
               Oklahoma. Mailed notice (dk) [Entry date 05/20/99]

5/27/99  --    CERTIFIED AND TRANSMITTED the complete record to the USDC
               for the Northern District of Oklahoma consisting of one (1)
               volumes of pleadings, transfer order and certified copy of
               docket entries, transmittal letter, and certificate, via
               certified mail no. Z 100 075 599 : Mailed copy of
               certificate and transmittal letter to counsel of record. (dk)
```



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

CLERK

312-435-5670

May 26, 1999

Mr. Philip B. Lombardi, Clerk
U.S. District Court Northern District of Oklahoma
411 Page Belcher Federal Building/ 333 W. Fourth Street
Tulsa, OK  74103-3819

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern
District of Illinois, do hereby certify and transfer to the United States District Court for the
U.S. District Court Northern District of Oklahoma , pursuant to an order entered on May 12,
1999 by the Honorable Judge Ruben Castillo, all the original papers filed and orders entered,
together with a certified copy of the docket entries in the cause entitled: Ty, Inc., vs. Stephen
A. Moss, et al.,

USDC No: 99 C 2996

IN TESTIMONY WHEREOF, I have hereunto
subscribed my name and affixed the seal of the
aforesaid Court at Chicago, Illinois, this 26th day
of May, 1996.

Michael W. Dobbins, Clerk

By:

Dorothy M Keller-Flowers, Deputy Clerk

Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 2996 | **DATE** | 5/19/1999 |
| **CASE TITLE** | Ty, Inc. vs. Stephen A. Moss, et al. | | |

[In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**F I L E D**

**DOCKET ENTRY:**

JUN 0 1 1999

Phil Lombardi, Clerk
U.S. DISTRICT COURT

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____ Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] This court's 5/12/99 Minute Order is amended as follows. This case is hereby transferred to the Northern District of Oklahoma.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | **Document Number** |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | MAY 2 0 1999 |
| ✓ | Docketing to mail notices. | date docketed |
| | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | docketing deputy initials |
| | | MAY 2 0 1999 |
| RO | courtroom deputy's initials | date/time received in central Clerk's Office |

3

Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 2996 | **DATE** | 5/12/1999 |
| **CASE TITLE** | Ty, Inc. vs. Stephen A. Moss, et al. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  The Court's careful review of this complaint indicates that jurisdiction and venue are inappropriate in this district. Therefore, pursuant to this Court's discretion under 28 U.S.C. Sections 1404 and 1406, this lawsuit is hereby transferred to the Southern District of Florida.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | **Document Number** |
|---|---|---|---|---|
| | No notices required, advised in open court. | | MF number of notices | |
| | No notices required. | | MAY 1 3 1999 | |
| | Notices mailed by judge's staff. | | date docketed | **2** |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | MAY 1 3 1999 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| RO | courtroom deputy's initials | 99 MAY 12 PM 4:28 | Date/time received in central Clerk's Office | mailing deputy initials |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TY INC., a Delaware Corporation,⠀⠀⠀⠀)



⠀⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀)⠀⠀Case No.

⠀⠀⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀)

STEPHEN A. MOSS, an individual,⠀⠀)
d/b/a CLEARLY BETTER PRODUCTS, INC.,⠀)

⠀⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀)⠀⠀JUDGE CASTILLO

**COMPLAINT** MAGISTRATE JUDGE BOBRICK

⠀⠀⠀⠀Plaintiff Ty Inc., for its Complaint against Defendant, Stephen A. Moss, an individual doing business as Clearly Better Products, Inc., states as follows:

### Parties

⠀⠀⠀⠀1.⠀⠀⠀Plaintiff Ty Inc. ("Ty") is a Delaware corporation with its principal place of business in Westmont, IL  60559.

⠀⠀⠀⠀2.⠀⠀⠀On information and belief, Stephen A. Moss is an individual doing business as Clearly Better Products, Inc., residing at 11751 South 540 Road, Miami, Oklahoma 74354.

### Jurisdiction and Venue

⠀⠀⠀⠀3.⠀⠀⠀This Court has jurisdiction over this action because (a) this is a civil action brought under the Trademark Laws of the United States, 15 U.S.C. §§ 1051-1127, jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a); (b) certain claims are pendant to substantial and related claims under the

Trademark Laws of the United States, 15 U.S.C. §§ 1051-1127; and (c) this is an action

between citizens of different states in which the value of the controversy exceeds

$75,000, exclusive of interest and costs, jurisdiction being conferred in accordance with

28 U.S.C. § 1331(a).

      4.      Venue is proper in this district under 28 U.S.C. §1391 because a

substantial part of the events giving rise to this claim arose in the Northern District of

Illinois and a substantial amount of the property that is the subject of this action is

situated in the Northern District of Illinois.

### Facts

      5.      Ty is the creator of numerous, extraordinarily successful plush toy

products, including BEANIE BABIES, BEANIE BUDDIES, TEENIE BEANIE

BABIES, PILLOW PALS, and ATTIC TREASURES plush toy products.  Ty markets its

plush toy products throughout the world and sells them through authorized dealers.  Since

their introduction in 1994, Ty's plush toy products have proven to be extremely popular

throughout the world.

      6.      In connection with the marketing and sale of its plush toy products, Ty has

established a web site on the Internet that can be accessed through several uniform

resource locators ("URLs"), including WWW.BEANIEBABIES.COM and

WWW.TY.COM.

      7.      Ty's web site has rapidly become one of the most popular sites on the

Internet, receiving nearly 3 billion visits in the past two years.

8.     In connection with the marketing and sale of its plush toy products, Ty uses several trademarks, including BEANIE BABIES, BEANIE BABY, BEANIE BUDDIES, BEANIE BUDDY, BEANIES, and BEANIE ("the BEANIE marks"), as well as the mark TY. Ty has obtained a federal registration from the United States Patent and Trademark Office for the mark BEANIE BABIES (Reg. No. 2,049,196) for use with plush toys. These marks are valid, subsisting, and owned by Ty. A copy of the certificate of registration for the mark BEANIE BABIES is attached as Exhibit 1.

9.     Ty has sold more than one billion dollars of plush toy products under or in connection with its BEANIE marks, and has spent millions of dollars marketing its plush toy products under or in connection with these marks, including hundreds of thousands of dollars developing and maintaining its web site.

10.     Long prior to the acts of Defendant complained of herein, and by virtue of Ty's extensive marketing and sale of its plush toy products, Ty's BEANIE marks have become extremely well known, acquired additional distinctiveness, and have come to represent an extremely valuable goodwill owned by Ty.

11.     Defendant has obtained registrations from Network Solutions Inc. for the domain name CLEARLYBEANIE.COM. This Internet domain name is accessible to Internet users in the Northern District of Illinois and throughout the world.

12.     This domain name directs a consumer's Internet browser to Defendant's web site (referred to in this complaint as "the CBP Web Site"). At the CBP Web Site,

Defendant has sold display cases and devices for use in displaying Ty's BEANIE
BABIES products. (Copies from relevant pages of the web site are attached as Exhibit 2).

13.    On information and belief, Defendant obtained the domain name
registration for CLEARLYBEANIE.COM with full knowledge of Ty's long prior use and
ownership of its BEANIE marks, and with the intention of generating Internet traffic to
its web site and sales of its infringing products, thereby gaining a free ride on the
goodwill established in the extraordinary popularity of Ty and Ty's own web site.  Ty has
requested that Defendant cease and desist from its use of Ty's BEANIE mark.

14.    After initially agreeing to Ty's demands, Defendant proceeded to place its
inventory for sale on the Internet auction site eBay.  These items, sold under the names
"BEANIE BOXES" and "BEANIE DISPLAYS," were offered to Internet users in the
Northern District of Illinois and throughout the world. (Copies from relevant pages of the
eBay auction web site are attached as Exhibit 3).

15.    Defendant's CBP Web Site and "BEANIE" products are highly damaging
to Ty, in that they are likely to cause confusion, mistake, or deception in that people are
likely to believe that Defendant's business is connected with, or sanctioned by, Ty's
business, or a business legitimately connected with, sponsored by, or approved by Ty.

16.    In addition, Defendant's use of Ty's trademark will dilute and tarnish Ty's
trademarks and reputation.

## COUNT I
## TRADEMARK INFRINGEMENT

17.    Ty realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 16 of the Complaint.

18.    Defendant's aforesaid acts constitute trademark infringement in violation of the common law.

19.    By reason of Defendant's acts set forth above, Ty has been severely injured in its business and property. The injury to Ty is and continues to be immediate and irreparable.  An award of monetary damages alone cannot fully compensate Ty for its injuries and Ty lacks an adequate remedy at law.

## COUNT II
## UNFAIR COMPETITION

20.    Ty realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 19 of the Complaint.

21.    Defendant's acts set forth above constitute unfair competition in violation of the Trademark Laws of the United States, 15 U.S.C. § 1125(a).

22.    By reason of Defendant's acts set forth above, Ty has been severely injured in its business and property. The injury to Ty is and continues to be immediate and irreparable.  An award of monetary damages alone cannot fully compensate Ty for its injuries and Ty lacks an adequate remedy at law.

23.     The foregoing acts of unfair competition have been and continue to be deliberate, willful and wanton, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

## COUNT III
## TRADEMARK DILUTION

24.     Ty realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 23 of the Complaint.

25.     Ty's BEANIE marks are famous, highly distinctive and widely recognized, and achieved fame well prior to any use of the marks by Defendant.

26.     Defendant's unauthorized and deceptive use of the mark BEANIE will cause dilution and tarnishment of the distinctive quality of Plaintiff's BEANIE marks in violation of the Trademark Laws of the United States, 15 U.S.C. §1125(c)(1).

27.     By reason of Defendant's acts set forth above, Ty has been severely injured in its business and property. The injury to Ty is and continues to be immediate and irreparable.   An award of monetary damages alone cannot fully compensate Ty for its injuries and Ty lacks an adequate remedy at law.

28.     The foregoing acts of dilution resulted from the willful intention of Defendant to trade upon Ty's reputation, making this an exceptional case within the meaning of 1125(c)(2), and entitling Ty to the remedies set forth in the Trademark Laws of the United States, 15 U.S.C. § 1117 and § 1118.

## COUNT IV
## DECEPTIVE TRADE PRACTICES

29.    Ty realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 28 of the Complaint.

30.    Defendant's use of Ty's BEANIE marks is likely to cause confusion or misunderstanding on the part of consumers as to the source, sponsorship, affiliation, connection, association, certification or approval of Defendant's goods and services.

31.    As a result of these aforesaid acts, Defendant has been and is engaged in deceptive trade practices within the meaning of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.* (1998).

32.    Upon information and belief, Defendant has willfully engaged in the above described deceptive trade practices in Illinois and in this judicial district.

33.    By reason of Defendant's acts set forth above, Ty has been severely injured in its business and property. The injury to Ty is and continues to be immediate and irreparable. An award of monetary damages alone cannot fully compensate Ty for its injuries and Ty lacks an adequate remedy at law.

### Prayer for Relief

WHEREFORE, Plaintiff Ty requests this Court to enter the following relief in its favor and against Defendant:

1.    an injunction against continued acts of unfair competition by Defendant;

2.    an injunction against continued acts of infringement by Defendant of Ty's trademarks;

3.    an injunction against continued acts of dilution by Defendant of Ty's famous trademarks;

4.    an injunction against continued acts of deceptive trade practice by Defendant;

5.    damages adequate to compensate Ty for Defendant's acts of unfair competition, trademark infringement and deceptive trade practices;

6.    an order mandating that Defendant cancel its domain name registration CLEARLYBEANIE.COM;

7.    an accounting and disgorgement of profits derived by Defendant from its acts of trademark infringement and unfair competition;

8.    trebling of damages and profits derived from Defendant's acts of trademark infringement and unfair competition, pursuant to 15 U.S.C. § 1117;

9.    an assessment of interest on all damages, including prejudgment interest;

10.    Ty's attorneys fees, costs and expenses incurred in pursuing this action; and

11.    such other and further relief as this Court may deem appropriate.

## JURY DEMAND

Ty further requests a trial by jury on all issues triable by jury.

TY INC.

Richard W. Young
Darren S. Cahr
Michael A. Nicolas
GARDNER CARTON &
DOUGLAS
321 N. Clark Street, Suite 3400
Chicago, IL 60610
(312) 644-3000
*Attorneys For Plaintiff Ty Inc.*

Dated: May 5, 1999

20313559.1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

September 21, 1998

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,118,114 IS CERTIFIED TO BE A
TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND
TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *December 02, 1997*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

L. EDELEN
Certifying Officer

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,049,196

Registered Apr. 1, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## BEANIE BABIES

TY, INC. (ILLINOIS CORPORATION)
807 BLACKHAWK
WESTMONT, IL 60559

FOR: PLUSH TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

SER. NO. 75-111,520, FILED 5-29-1996.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY



"Clearly Better (Beanie Baby) Products"                                    http://clearlybeanie.com

# *Clearly Better Products, Inc.*
## *clearlybeanie.com*
for Beanie Baby



Accessories
## BEANIE BABIES



- Tag Protectors
- Acrylic Displays
- Acrylic Displays with "Beanie Seats"
- "Beanie Seat" viewing stands.

### Vendor Pricing Available!!!

- *We are the manufacturer of all products we sell.*
- *We guarantee our products*
- OUR *PRICE AND QUALITY IS CLEARLY ......BETTER!!!*

**TAG PROTECTORS**

**BEANIE DISPLAYS**

**"BEANIE SEAT"**

**CONTACT US**

**DEPARTMENT 56**

**ABOUT HOWARD'S**

**PLACE ORDER**



**Does your display stack up?  This is the only display with uniform sizing allowing for convenient stacking!!**



EXHIBIT
A

"Clearly Better (Beanie Baby) Products"                                                    http://clearlybeanie.com



Beanie Babies(TM)is a trademark of Ty, Inc. Ty. Inc. does not
sponsor, authorize or endorse this site.

Copyright © 1997-1998 Clearly Better, All Rights Reserved

This page has been viewed 00013293 times since May 22, 1998

Last Updated: Sept. 24, 1998

"Tag Protectors", Heart "tag prote...tector" "tag bags" beanie, beanies                    http:/ clearlybeanie.com tagprot.html

# *Clearly Better Products, Inc.*



*"Crystal Clear ...& Strong"*



### CBP "E-Z Open" Tag Protectors feature:

* 15 mil acid free PVC
* Great, Economical Protection!
* Improved version has room for red tab!
* Put one of these on your entire collection!
* Keep your Beanies Tag Perfectly Mint.
* UV Protectant
* *Prices beanie lovers can appreciate!*
* Exclusive CBP *"raised heart design".*
* CBP *"E-Z Open flaps"*!



- BACK TO HOME
- TAG PROTECTORS
- BEANIE DISPLAYS
- "BEANIE SEAT"
- CONTACT US
- DEPARTMENT 56
- ABOUT HOWARD'S
- PLACE ORDER



# Only $.25 each

### For Locket Protectors  Quantity Discounts Click Here:

## *Contact Us!*

"beanie acrylic displays", "crystal... displays", "beanies display box"          http  clearly beanie com display html

# *Clearly Better Products, Inc.*

*"Crystal Clear Displays"*

- BACK TO HOME
- TAG PROTECTORS
- BEANIE DISPLAYS
- "BEANIE SEAT"
- CONTACT US
- DEPARTMENT 56
- ABOUT HOWARD'S

- PLACE ORDER





- 4*4*8 sizing for perfect display .
- Crystal clear, strong, uv protection.
- Dust & airtight.
- Wholesale prices cause we love beanie collectors!!
- Will not come apart at the seam!
- *It helps we're the manufacturer...*

ONLY..........$2.00 EACH

*Box with "Beanie Seat"...$2.75*

**Vendor Pricing Available!!!**



"beanie acrylic displays", "crysta...r displays", "beanies display box                    http://clearlybeanie.com/display.htm

Clearly Better Products by Howard's Related Information                    http: clearlybeanie.com pedestal.htm



# CBP "Beanie Seat"!

- BACK TO HOME
- TAG PROTECTORS
- BEANIE DISPLAYS
- "BEANIE SEAT"
- CONTACT US
- DEPARTMENT 56
- ABOUT HOWARD'S
- PLACE ORDER

Better Products by Howards Specials

*CBP 4"x4"x8"* Displays are the *ONLY* display your Beanie can stand up in!!! *Now they stay up with "Beanie Seat".*





## *Displays with "Beanie Seat" Prices:*

1 to 99.......$2.75 each

100 & up.....$2.50 each

"Beanie Seat" *stand alone* without display.........$0.75 each

**100 or more.......................**

BEANIE BABIES is a Registered Trademark of Ty, Inc. Ty does not endorse site.



# *Contact Us!*

**E-MAIL US:** *howards@rectec.net*

**OUR FAX: 918-675-4250**

**OUR PHONE: 918-675-4334**

BACK TO HOME

TAG PROTECTORS

BEANIE DISPLAYS

"BEANIE SEAT"

CONTACT US

DEPARTMENT 56

ABOUT HOWARD'S

PLACE ORDER

Your Name

Your E-mail Address (Important!)

Company

Address

City              State      ZIP

What would you like to ask us?

Ask Your Question!

This will be the dept. 56 page.    http: clearlybeanie.com .odo index .:m

13293

Tjis site under construction. Dept 56 collectibles.

"Clearly Better (Beanie Baby) Products"back to Home Link

Clearly Better Beanie Baby Links Page

http://clearlybeanie.com/about.html

# Company Logo

# Join the:

Clearly Better Beanie Baby Links

- Home
- Products
- Specials
- Related Information
- Contact Us!
- What's New







Clearly Better Beanie Baby Links Page                                                                       http://clearlybeanie.com/about.htm

Clearly Better Products by Howards Specials                                    http://clearlybeanie.com/refs.html

# "ACRYLIC BEANIE BABY DISPLAYS"



4*4*8 DISPLAYS

Clearly Better Products by Howards Specials

http://clearlybeanie.com/refs.html







***CHECK OUT THE PEDESTALS!!!***

STACKABILITY!     *4\*4\*8...........*

Clearly Better Products by Howards Specials                                          http://clearlybeanie.com/refs.html



02/11/99 15:30:2

3

eBay Seller List: moss1@rectec.net

http://cgi3.ebay.com/aw-cgi/eBayIS...istedItems&userid=moss1@rectec.net



**Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!

You're insured! Learn more about the free insurance available to eBay members.

## Current auctions by moss1@rectec.net (996) ⭐

Includes ongoing auctions only. Bold price means at least one bid has been received.

If you have a registered User ID and password, and would like also to see the **e-mail addresses** of the high bidders, click here.

You can click on the **Start Time**, **End Time**, or **Price** links to sort the list.

| Item | Start | End | Price | Title | High Bidder |
|------|-------|-----|-------|-------|-------------|
| 98699086 | 05/01/99 | 05/04/99 23:01:46 | **$30.00** | 25-NEW Design Seamless ACRYLIC Beanie Display | 1 Dutch bids |
| 98698932 | 05/01/99 | 05/06/99 23:01:17 | $30.00 | 25-NEW Design Seamless ACRYLIC Beanie Display | 0 Dutch bids |
| 98698792 | 05/01/99 | 05/08/99 23:00:23 | $30.00 | 25-NEW Design Seamless ACRYLIC Beanie Display | 0 Dutch bids |
| 98698532 | 05/01/99 | 05/11/99 22:59:03 | **$30.00** | 25-NEW Design Seamless ACRYLIC Beanie Display | 2 Dutch bids |
| 98698216 | 05/01/99 | 05/11/99 22:57:09 | **$25.00** | 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! | 1 Dutch bids |
| 98698119 | 05/01/99 | 05/04/99 22:56:39 | **$25.00** | 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! | 4 Dutch bids |
| 98698018 | 05/01/99 | 05/06/99 22:55:59 | $25.00 | 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! | 0 Dutch bids |
| 98697920 | 05/01/99 | 05/08/99 22:55:29 | **$25.00** | 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! | 10 Dutch bids |



**Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Thank you for using eBay!

About eBay | SafeHarbor

*Copyright © 1995-1999 eBay Inc. All Rights Reserved.*
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

5/3/99 2:34 PM

eBay item 98698119 (Ends 05/04/99,...nie Boxes Clearance Sale! ACRYLIC!    http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698119



**Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!

You're insured! Learn more about the free insurance available to eBay members.

## 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC!
## Item #98698119

Toys & Beanies:Beanies:Accessories



| | | | | |
|---|---|---|---|---|
| Lowest | **$25.00** | First bid | **$25.00** | |
| Quantity | **100000** | # of bids | **4** (bid history) (with emails) | |
| Time left | **1 days, 10 hours +** | Location | **Oklahoma** | |
| Started | 05/01/99, 22:56:39 PDT | ✉ (mail this auction to a friend) | | |
| Ends | 05/04/99, 22:56:39 PDT | 🎁 (request a gift alert) | | |
| | | **Featured Category Auction** | | |



| | |
|---|---|
| Seller | **moss1@rectec.net** (996) ⭐ |
| | (view comments in seller's Feedback Profile)  (view seller's other auctions) |
| | (ask seller a question) |
| High bids | **see Dutch high bidders**  (include e-mails) |
| Payment | Money Order/Cashiers Checks, See item description for payment methods accepted |
| Shipping | See item description for shipping charges |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Currency is U.S. dollars (US$) unless otherwise noted.

## Description

# Lowest price on Ebay! - Superb Shipping & Great Reputation. Check out my feedback here

# ACRYLIC BOX SALE!

## EBAY ONLY



## This box is the most popular beanic box on the market today. It WILL NOT come

apar◯til you are ready for it to.◯ is
TRULY square, not funnel shaped like
most of the seamless ones. This allows
them to stack snugly. Simply The Best
Box At The Best Price.

---

**The ONLY TRUE 4*4*8 Case - Perfect
Case Size 4"x4"x 8" Clearance price $1.00
ea.**
This is a high quality case. Clear, with a
tight lid, Seam is VERY Clear, so it does not
interfere with the viewing of your favorite
beanie. Boxes come 25 to a case. Cases are
only $25.00 each or $1.00/box. This is the
lowest price for these displays ever!

---



## Does your display stack up? This is

# the only display with uniform sizing allowing for convenient stacking!!

We guarantee these to arrive in great condition or we'll replace or refund!
- These make great displays, they are to Beanie Babies what the card sleeve is to Baseball Cards!
- This protector is **THE ONLY** display available big enough for your beanies.
- Sealed away for everyone to see and enjoy, without touching.
- Put your entire collection in these cases.
- Beanies sealed in these cases are safe smoke odor.
- Keep your Beanies Perfectly Mint.
- I Have Many other auctions, Bid on More Than 1, and Save on Shipping!
- Shipping is $10.00 for 25 boxes, Regular UPS!
- Bid 1 if you want 1 case of 25, 2 if you want 2 cases of 25 or 50, etc.

- Just Click Beanie Logo To View Other Auctions: 

---

**Terms:**

I will gladly accept Check, Money Order, Cashiers Check, or Travelers Checks!!

I will also accept your personal check, money order, or cashiers check.

Sales tax will be charged to Oklahoma residents. Buyer pays shipping costs.

---

**Shipping is now IMMEDIATE!!!! If you have any questions simply email me at moss1@rectec.net!**

---

## Bidding

### 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! (Item #98698119)

| | |
|---|---|
| Minimum bid | $25.00 |
| **Minimum bid** | **$25.00** |

**Registration required.** eBay requires registration in order to bid. Find out how to become a registered user. It's fast and it's **free**!

eBay item 98698119 (Ends 05/04/99,...nie Boxes Clearance Sale! ACR...file://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698119

**User ID** or E-mail addr...                **Password** (forgotten it?)

**Quantity** you are bidding for.

_____ _Current minimum bid is 25.00_    [ review bid ]
Your **maximum bid**. (The amount you are offering for **each** item.)

Please type only numerals and the decimal point (if required). Do **not** include currency
symbols such as a dollar sign ('$') or commas (',').

**Binding contract.**
    Placing a bid is a binding contract in many states. Do not bid unless you intend to buy this
item at the amount of your bid.

**This is a Dutch auction**
    Please refer to the preceding link for the rules governing Dutch auctions **before bidding**.
    If you have bid on this item before, note that your new total value must be greater than
your previous one. Total value is determined by multiplying the quantity you are bidding
by the amount bid per item.

    **Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Thank you for using eBay.
                                    About eBay  |  SafeHarbor

_Copyright © 1995-1999 eBay Inc. All Rights Reserved._
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay item 98698018 (Ends 05/06/99,...nie Boxes Clearance Sale! ACRYLIC!http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698018

 **Home Listings Buyers Sellers Search Help News/Chat Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!

You're insured! Learn more about the free insurance available to eBay members.

## 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC!
### Item #98698018

Toys & Beanies:Beanies:Accessories


**Description**


**Bid!**

| | | | | |
|---|---|---|---|---|
| Starts at | **$25.00** | First bid | **$25.00** | |
| Quantity | **100000** | # of bids | **0** (bid history) (with emails) | |
| Time left | **3 days, 10 hours +** | Location | **Oklahoma** | |
| Started | 05/01/99, 22:55:59 PDT | ✉ (mail this auction to a friend) | | |
| Ends | 05/06/99, 22:55:59 PDT | 🎁 (request a gift alert) | | |
| | | **Featured Category Auction** | | |

Seller      **moss1@rectec.net** (996) ⭐
(view comments in seller's Feedback Profile)  (view seller's other auctions)
(ask seller a question)

High bids      **see Dutch high bidders**   (include e-mails)

Payment      Money Order/Cashiers Checks, See item description for payment methods accepted
Shipping     See item description for shipping charges

Update item     **Seller:** If this item has received no bids, you may revise it.

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Currency is U.S. dollars (US$) unless otherwise noted.

## Description

# Lowest price on Ebay! - Superb Shipping & Great Reputation. Check out my feedback here

# ACRYLIC BOX SALE!

## EBAY ONLY



### This box is the most popular beanie box

1 of 4                                                                                                    5/3/99 2:39 PM

on the market today. It WILL NOT come apart until you are ready for it to. It is TRULY square, not funnel shaped like most of the seamless ones. This allows them to stack snugly. Simply The Best Box At The Best Price.

---

The ONLY TRUE 4*4*8 Case - Perfect Case Size 4"x4"x 8" Clearance price $1.00 ea.
This is a high quality case. Clear, with a tight lid, Seam is VERY Clear, so it does not interfere with the viewing of your favorite beanie. Boxes come 25 to a case. Cases are only $25.00 each or $1.00/box. This is the lowest price for these displays ever!

---



5/3/99 2:39 PM

eBay item 98698018 (Ends 05/06/99,...nie Boxes Clearance Sale! ACRYfitp://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698018

# Does your display stack up? This is the only display with uniform sizing allowing for convenient stacking!!

We guarantee these to arrive in great condition or we'll replace or refund!

- These make great displays, they are to Beanie Babies what the card sleeve is to Baseball Cards!
- This protector is **THE ONLY** display available big enough for your beanies.
- Sealed away for everyone to see and enjoy, without touching.
- Put your entire collection in these cases.
- Beanies sealed in these cases are safe smoke odor.
- Keep your Beanies Perfectly Mint.
- I Have Many other auctions, Bid on More Than 1, and Save on Shipping!
- Shipping is $10.00 for 25 boxes, Regular UPS!
- Bid 1 if you want 1 case of 25, 2 if you want 2 cases of 25 or 50, etc.

- Just Click Beanie Logo To View Other Auctions: 

---

**Terms:**

I will gladly accept Check, Money Order, Cashiers Check, or Travelers Checks!!

I will also accept your personal check, money order, or cashiers check.

Sales tax will be charged to Oklahoma residents. Buyer pays shipping costs.

---

**Shipping is now IMMEDIATE!!!! If you have any questions simply email me at moss1@rcetec.net!**

---

## Bidding

### 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! (Item #98698018)

| Minimum bid | $25.00 |
|---|---|
| **Minimum bid** | **$25.00** |

**Registration required.** eBay requires registration in order to bid. Find out how to become a registered user. It's fast and it's **free**!

eBay item 98698018 (Ends 05/06/99,...nie Boxes Clearance Sale! ACR http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698018

**User ID** or E-mail address                    **Password** (forgotten it?)

**Quantity** you are bidding for.

[                    ]  *Current minimum bid is 25.00*     [ review bid ]
Your **maximum bid**. (The amount you are offering for **each** item.)

Please type only numerals and the decimal point (if required). Do **not** include currency symbols such as a dollar sign ('$')or commas (',').

**Binding contract.**
   Placing a bid is a binding contract in many states. Do not bid unless you intend to buy this item at the amount of your bid.

**This is a Dutch auction**
   Please refer to the preceding link for the rules governing Dutch auctions **before bidding.**
   If you have bid on this item before, note that your new total value must be greater than your previous one. Total value is determined by multiplying the quantity you are bidding for by the amount bid per item.

 **Home   Listings   Buyers   Sellers   Search   Help   News/Chat   Site Map**

Thank you for using eBay!                    About eBay  |  SafeHarbor

*Copyright © 1995-1999 eBay Inc. All Rights Reserved.*
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay item 98697920 (Ends 05/08/99,...nie Boxes Clearance Sale! ACRYLIC!ttp://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98697920



**Home** | ...ngs | **Buyers** | **Sellers** | **Search** | **Help** | **News** | ..at | **Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!
You're insured! Learn more about the free insurance available to eBay members.

## 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC!
### Item #98697920

Toys & Beanies:Beanies:Accessories



**Description**

| | | | |
|---|---|---|---|
| Lowest | **$25.00** | First bid | **$25.00** |
| Quantity | **100000** | # of bids | **10** (bid history) (with emails) |
| Time left | **5 days, 10 hours +** | Location | **Oklahoma** |
| Started | 05/01/99, 22:55:29 PDT | ✉ (mail this auction to a friend) |
| Ends | 05/08/99, 22:55:29 PDT | 🎁 (request a gift alert) |
| | | **Featured & Featured Category Auction** |

**Bid!**

| | |
|---|---|
| Seller | **moss1@rectec.net** (996) ⭐ |
| | (view comments in seller's Feedback Profile)  (view seller's other auctions) |
| | (ask seller a question) |
| High bids | **see Dutch high bidders** (include e-mails) |
| Payment | Money Order/Cashiers Checks, See item description for payment methods accepted |
| Shipping | See item description for shipping charges |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Currency is U.S. dollars (US$) unless otherwise noted.

## Description

# Lowest price on Ebay! - Superb Shipping & Great Reputation. Check out my feedback here

# ACRYLIC BOX SALE!

## EBAY ONLY



## This box is the most popular beanie box on the market today. It WILL NOT come

eBay item 98697920 (Ends 05/08/99,...nie Boxes Clearance Sale! ACR http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98697920

apar⬭ntil you are ready for it to.⬭is
TRULY square, not funnel shaped like
most of the seamless ones. This allows
them to stack snugly. Simply The Best
Box At The Best Price.

---

The ONLY TRUE 4*4*8 Case - Perfect
Case Size 4"x4"x 8" Clearance price $1.00
ea.
This is a high quality case. Clear, with a
tight lid, Seam is VERY Clear, so it does not
interfere with the viewing of your favorite
beanie. Boxes come 25 to a case. Cases are
only $25.00 each or $1.00/box. This is the
lowest price for these displays ever!

---



# Does your display stack up? This is

eBay item 98697920 (Ends 05/08/99,...nie Boxes Clearance Sale! ACRYLIC...http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98697920

# the only display with uniform sizing allowing for convenient stacking!!

We guarantee these to arrive in great condition or we'll replace or refund!
- These make great displays, they are to Beanie Babies what the card sleeve is to Baseball Cards!
- This protector is **THE ONLY** display available big enough for your beanies.
- Sealed away for everyone to see and enjoy, without touching.
- Put your entire collection in these cases.
- Beanies sealed in these cases are safe smoke odor.
- Keep your Beanies Perfectly Mint.
- I Have Many other auctions, Bid on More Than 1, and Save on Shipping!
- Shipping is $10.00 for 25 boxes, Regular UPS!
- Bid 1 if you want 1 case of 25, 2 if you want 2 cases of 25 or 50, etc.

- Just Click Beanie Logo To View Other Auctions: 

---

**Terms:**

I will gladly accept Check, Money Order, Cashiers Check, or Travelers Checks!!

I will also accept your personal check, money order, or cashiers check.

Sales tax will be charged to Oklahoma residents. Buyer pays shipping costs.

---

**Shipping is now IMMEDIATE!!!! If you have any questions simply email me at moss1@rectec.net!**

---

## Bidding

### 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! (Item #98697920)

| | |
|---|---|
| Minimum bid | $25.00 |
| **Minimum bid** | **$25.00** |

**Registration required.** eBay requires registration in order to bid. Find out how to become a registered user. It's fast and it's **free**!

5/3/99 2:40 PM

eBay item 98697920 (Ends 05/08/99,...nie Boxes Clearance Sale! ACR...ttp://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98697920

**User ID** or E-mail addr...                    **Password** (forgotten it?)

**Quantity** you are bidding for.

_Current minimum bid is 25.00_     | review bid |

Your **maximum bid**. (The amount you are offering for **each** item.)

Please type only numerals and the decimal point (if required). Do **not** include currency
symbols such as a dollar sign ('$')or commas (',').

**Binding contract.**
    Placing a bid is a binding contract in many states. Do not bid unless you intend to buy this
item at the amount of your bid.

**This is a Dutch auction**
    Please refer to the preceding link for the rules governing Dutch auctions **before bidding**.
    If you have bid on this item before, note that your new total value must be greater than
your previous one. Total value is determined by multiplying the quantity you are bidding for
by the amount bid per item.



**Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Thank you for using eBay!

About eBay  |  SafeHarbor

_Copyright © 1995-1999 eBay Inc. All Rights Reserved._
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay item 98699086 (Ends 05/04/99,...gn Seamless ACRYL...    http://cgi.ebay.com/aw-cgi/eBayISA...SAPICommand=ViewItem&item=98699086



**Home   Listings   Buyers   Sellers   Search   Help   News/Chat   Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!

You're insured! Learn more about the free insurance available to eBay members.

## 25-NEW Design Seamless ACRYLIC Beanie Display
### Item #98699086

Toys & Beanies:Beanies:Accessories



**Description**

| | | |
|---|---|---|
| Lowest | $30.00 | |
| Quantity | 99000 | |
| Time left | 1 days, 10 hours + | |
| Started | 05/01/99, 23:01:46 PDT | |
| Ends | 05/04/99, 23:01:46 PDT | |

First bid  **$30.00**
# of bids  **1** (bid history) (with emails)
Location  **Oklahoma**
✉ (mail this auction to a friend)
🎁 (request a gift alert)
**Featured Category Auction**

**Bid!**

Seller  **moss1@rectec.net** (996) ⭐
(view comments in seller's Feedback Profile)  (view seller's other auctions)
(ask seller a question)

High bids  **see Dutch high bidders**  (include e-mails)

Payment  Visa/MasterCard, American Express, Discover, Money Order/Cashiers Checks, See item description for payment methods accepted

Shipping  Buyer pays fixed shipping charges, See item description for shipping charges

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Currency is U.S. dollars (US$) unless otherwise noted.

## Description

**Best Display Available, Best Price, Best Size, Best, Best, Best, Try them, you'll definitely agree!!**

# These open at the top, the lid is inset! PLUS NO ANNOYING TAPER!!!

**Avaialable Exclusively Through us!!! NOW IN LOW CASE OF 25 PRICES!!**

# Bid is for 1 Case of The AllNEW 4.25"*4.25"*8.5" SEAMLESS Display. We Were The First To Bring You 4*4*8, Now We're The First To Introduce The BEST Sized Beanie Display Available!!

**From www.clearly-better.com!! This Display IS TRULY Seamless - Many Sellers Claim Seamless, But Their Display Has a 1/4" Seam At The Top. Our Seam Truly, Almost Magically Disappears, Just Look:**



**Our NEW Box Up Against The 4*4*8 Seamless Sold By Other Ebay Sellers!**

**Look At How Much Happier, AND Better Looking Millenium Looks In A Display Big Enough For Him!**

# AND at ONLY $1.20 per box, they're THE BEST VALUE!!

**Did I mention, NO ANNOYING TAPER. These are square!**

- **Why Just Protect the Tag, When You Can Protect the Whole Beanie?**
- **These make great displays, they are to Beanie Babies what the card sleeve is to Baseball Cards!**
- **The protector is THE ONLY display available big enough for your beanies.**
- **Sealed away for everyone to see and enjoy, without touching.**
- **Put your entire collection in these cases.**
- **Beanies sealed in these cases are safe from smoke odor.**
- **Keep your Beanies Perfectly Mint.**
- **I Have Many other auctions, Bid on More Than 1, and Save on Shipping!**
- **Shipping is $11.00 per case of 25. This is the average UPS price, if you want them sent other then through UPS, please email for quote!**

- **Just Click Beanie Logo To View Other Auctions:** 

---

## Terms:

I gladly accept all major credit cards. Credit Card Will Not Be Charged Until Boxes Are Delivered!!



I will also accept your personal check, money order, or cashiers check.

Sales tax will be charged to Oklahoma residents. Buyer pays shipping costs.

Shipping Information:

Shipping cost to destinations outside the continental U.S. depends on location and method of shipping.

---

eBay item 98699086 (Ends 05/04/99,...gn Seamless ACRYLIC Beanie Display   http://cgi.ebay.com/aw-cgi/eBayISA...SAPICommand=ViewItem&item=98699086



## Bidding

### 25-NEW Design Seamless ACRYLIC Beanie Display (Item #98699086)

| | |
|---|---|
| Minimum bid | $30.00 |
| **Minimum bid** | **$30.00** |

**Registration required.** eBay requires registration in order to bid. Find out how to become a registered user. It's fast and it's **free**!

| **User ID** or E-mail address | **Password** (forgotten it?) |
|---|---|
| [_____] | [_____] |

**Quantity** you are bidding for.
[_____]

[_____]  *Current minimum bid is 30.00*   
Your **maximum bid**. (The amount you are offering for **each** item.)

Please type only numerals and the decimal point (if required). Do **not** include currency symbols such as a dollar sign ('$')or commas (',').

**Binding contract.**
    Placing a bid is a binding contract in many states. Do not bid unless you intend to buy this item at the amount of your bid.

**This is a Dutch auction**
    Please refer to the preceding link for the rules governing Dutch auctions **before bidding.**
    If you have bid on this item before, note that your new total value must be greater than your previous one. Total value is determined by multiplying the quantity you are bidding for by the amount bid per item.

---

**ebaY**™  **Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Thank you for using eBay!

About eBay  |  SafeHarbor

*Copyright © 1995-1999 eBay Inc. All Rights Reserved.*
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

5/3/99 2:33 PM

eBay item 98698932 (Ends 05/06/99,...gn Seamless ACRYL...http://cgi...ysite.../aw-cgi/eBayISA...SAPICommand=ViewItem&item=98698932

 **Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!

You're insured! Learn more about the free insurance available to eBay members.

## 25-NEW Design Seamless ACRYLIC Beanie Display
### Item #98698932

Toys & Beanies:Beanies:Accessories



**Description**

| | | | |
|---|---|---|---|
| Starts at | $30.00 | First bid | $30.00 |
| Quantity | 99000 | # of bids | 0 (bid history) (with emails) |
| Time left | 3 days, 10 hours + | Location | Oklahoma |
| Started | 05/01/99, 23:01:17 PDT | ✉ (mail this auction to a friend) |
| Ends | 05/06/99, 23:01:17 PDT | 🎁 (request a gift alert) |
| | | Featured Category Auction |



**Bid!**

| | |
|---|---|
| Seller | moss1@rectec.net (996) ⭐ |
| | (view comments in seller's Feedback Profile)  (view seller's other auctions) |
| | (ask seller a question) |
| High bids | **see Dutch high bidders**  (include e-mails) |
| Payment | Visa/MasterCard, American Express, Discover, Money Order/Cashiers Checks, See item description for payment methods accepted |
| Shipping | Buyer pays fixed shipping charges, See item description for shipping charges |
| Update item | **Seller:** If this item has received no bids, you may revise it. |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Currency is U.S. dollars (US$) unless otherwise noted.

## Description

**Best Display Available, Best Price, Best Size, Best, Best, Best, Try them, you'll definitely agree!!**

# These open at the top, the lid is inset! PLUS NO ANNOYING TAPER!!!

**Avaialable Exclusively Through us!!! NOW IN LOW CASE OF 25 PRICES!!**

# Bid is for 1 Case of The AllNEW 4.25"*4.25"*8.5" SEAMLESS Display. We Were The First To Bring You 4*4*8, Now We're The First To Introduce The BEST Sized Beanie Display Available!!

**From www.clearly-better.com!! This Display IS TRULY Seamless - Many Sellers Claim Seamless, But Their Display Has a 1/4" Seam At The Top.**

Our Seam   y, Almost Magically Disappears,   st Look:



### Our NEW Box Up Against The 4*4*8 Seamless Sold By Other Ebay Sellers!

### Look At How Much Happier, AND Better Looking Millenium Looks In A Display Big Enough For Him!

# AND at ONLY $1.20 per box, they're THE BEST VALUE!!

### Did I mention, NO ANNOYING TAPER. These are square!

- **Why Just Protect the Tag, When You Can Protect the Whole Beanie?**
- **These make great displays, they are to Beanie Babies what the card sleeve is to Baseball Cards!**
- **The protector is THE ONLY display available big enough for your beanies.**
- **Sealed away for everyone to see and enjoy, without touching.**
- **Put your entire collection in these cases.**
- **Beanies sealed in these cases are safe from smoke odor.**
- **Keep your Beanies Perfectly Mint.**
- **I Have Many other auctions, Bid on More Than 1, and Save on Shipping!**
- **Shipping is $11.00 per case of 25. This is the average UPS price, if you want them sent other then through UPS, please email for quote!**

- **Just Click Beanie Logo To View Other Auctions:** 

---

**Terms:**

I gladly accept all major credit cards. Credit Card Will Not Be Charged Until Boxes Are Delivered!!

VISA  MasterCard  Discover/NOVUS  American Express

I will also accept your personal check, money order, or cashiers check.

Sales tax will be charged to Oklahoma residents. Buyer pays shipping costs.

Shipping Information:

Shipping cost to destinations outside the continental U.S. depends on location and method of shipping.

---

eBay item 98698932 (Ends 05/06/99,...gn Seamless ACRYLHttp:Beanie Display http://aw-cgi/eBayISA...SAPICommand=ViewItem&item=98698932



## Bidding

### 25-NEW Design Seamless ACRYLIC Beanie Display (Item #98698932)

| | |
|---|---|
| Minimum bid | $30.00 |
| **Minimum bid** | **$30.00** |

**Registration required.** eBay requires registration in order to bid. Find out how to become a registered user. It's fast and it's **free**!

| **User ID** or E-mail address | **Password** (forgotten it?) |
|---|---|
| | |

**Quantity** you are bidding for.

_____    *Current minimum bid is 30.00*    [ review bid ]

Your **maximum bid.** (The amount you are offering for **each** item.)

Please type only numerals and the decimal point (if required). Do **not** include currency symbols such as a dollar sign ('$')or commas (',').

**Binding contract.**
    Placing a bid is a binding contract in many states. Do not bid unless you intend to buy this item at the amount of your bid.

**This is a Dutch auction**
    Please refer to the preceding link for the rules governing Dutch auctions **before bidding**.
    If you have bid on this item before, note that your new total value must be greater than your previous one. Total value is determined by multiplying the quantity you are bidding for by the amount bid per item.

---

**ebaY**™     **Home   Listings   Buyers   Sellers   Search   Help   News/Chat   Site Map**

Thank you for using eBay!

About eBay  |  SafeHarbor

*Copyright © 1995-1999 eBay Inc. All Rights Reserved.*
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay item 98698792 (Ends 05/08/99,...gn Seamless ACRYLI...http://cgi.ebay.com/aw-cgi/eBayISA...SAPICommand=ViewItem&item=98698792



**Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!

You're insured! Learn more about the free insurance available to eBay members.

## 25-NEW Design Seamless ACRYLIC Beanie Display
### Item #98698792

Toys & Beanies:Beanies:Accessories



**Description**

| | | | |
|---|---|---|---|
| Starts at | **$30.00** | First bid | **$30.00** |
| Quantity | **99000** | # of bids | **0** (bid history) (with emails) |
| Time left | **5 days, 10 hours +** | Location | **Oklahoma** |
| Started | 05/01/99, 23:00:23 PDT | ✉ (mail this auction to a friend) |
| Ends | 05/08/99, 23:00:23 PDT | 🎁 (request a gift alert) |
| | | **Featured Category Auction** |



**Bid!**

| | |
|---|---|
| Seller | **moss1@rectec.net** (996) ⭐ |
| | (view comments in seller's Feedback Profile)  (view seller's other auctions) |
| | (ask seller a question) |
| High bids | **see Dutch high bidders**  (include e-mails) |
| Payment | Visa/MasterCard, American Express, Discover, Money Order/Cashiers Checks, See item description for payment methods accepted |
| Shipping | Buyer pays fixed shipping charges, See item description for shipping charges |
| Update item | **Seller:** If this item has received no bids, you may revise it. |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Currency is U.S. dollars (US$) unless otherwise noted.

## Description

**Best Display Available, Best Price, Best Size, Best, Best, Best, Try them, you'll definitely agree!!**

# These open at the top, the lid is inset! PLUS NO ANNOYING TAPER!!!

**Avaialable Exclusively Through us!!! NOW IN LOW CASE OF 25 PRICES!!**

# Bid is for 1 Case of The AllNEW 4.25"*4.25"*8.5" SEAMLESS Display. We Were The First To Bring You 4*4*8, Now We're The First To Introduce The BEST Sized Beanie Display Available!!

**From www.clearly-better.com!! This Display IS TRULY Seamless - Many Sellers Claim Seamless, But Their Display Has a 1/4" Seam At The Top.**

eBay item 98698792 (Ends 05/08/99,...gn Seamless ACRYLIC...)    http://cgi.ebay.com/aw-cgi/eBayISA...SAPICommand=ViewItem&item=98698792

### Our Seam~~~y, Almost Magically Disappears, ~~t Look:



### Our NEW Box Up Against The 4*4*8 Seamless Sold By Other Ebay Sellers!

### Look At How Much Happier, AND Better Looking Millenium Looks In A Display Big Enough For Him!

# AND at ONLY $1.20 per box, they're THE BEST VALUE!!

### Did I mention, NO ANNOYING TAPER. These are square!

- **Why Just Protect the Tag, When You Can Protect the Whole Beanie?**
- **These make great displays, they are to Beanie Babies what the card sleeve is to Baseball Cards!**
- **The protector is THE ONLY display available big enough for your beanies.**
- **Sealed away for everyone to see and enjoy, without touching.**
- **Put your entire collection in these cases.**
- **Beanies sealed in these cases are safe from smoke odor.**
- **Keep your Beanies Perfectly Mint.**
- **I Have Many other auctions, Bid on More Than 1, and Save on Shipping!**
- **Shipping is $11.00 per case of 25. This is the average UPS price, if you want them sent other then through UPS, please email for quote!**

- **Just Click Beanie Logo To View Other Auctions:** 

---

**Terms:**

I gladly accept all major credit cards. Credit Card Will Not Be Charged Until Boxes Are Delivered!!

I will also accept your personal check, money order, or cashiers check.

Sales tax will be charged to Oklahoma residents. Buyer pays shipping costs.

Shipping Information:

Shipping cost to destinations outside the continental U.S. depends on location and method of shipping.

---

eBay item 98698792 (Ends 05/08/99,...gn Seamless ACRYlhttp://cgi.ebay.com/aw-cgi/eBayISA...SAPICommand=ViewItem&item=98698792



## Bidding

### 25-NEW Design Seamless ACRYLIC Beanie Display (Item #98698792)

| Minimum bid | $30.00 |
| Minimum bid | **$30.00** |

**Registration required.** eBay requires registration in order to bid. Find out how to become a registered user. It's fast and it's free!

**User ID** or E-mail address        **Password** (forgotten it?)

**Quantity** you are bidding for.

_____  _Current minimum bid is 30.00_    [ review bid ]

Your **maximum** bid. (The amount you are offering for **each** item.)

Please type only numerals and the decimal point (if required). Do **not** include currency symbols such as a dollar sign ('$')or commas (',').

**Binding contract.**
    Placing a bid is a binding contract in many states. Do not bid unless you intend to buy this item at the amount of your bid.

**This is a Dutch auction**
    Please refer to the preceding link for the rules governing Dutch auctions **before bidding**.
    If you have bid on this item before, note that your new total value must be greater than your previous one. Total value is determined by multiplying the quantity you are bidding for by the amount bid per item.

---

**ebaY**™  **Home   Listings   Buyers   Sellers   Search   Help   News/Chat   Site Map**

Thank you for using eBay!                About eBay  |  SafeHarbor

_Copyright © 1995-1999 eBay Inc. All Rights Reserved._
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay item 98698532 (Ends 05/11/99,...gn Seamless ACRYLIC Beanie Display...cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698532



**Home  ...ngs  Buyers  Sellers  Search  Help  News  ...hat  Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!
You're insured! Learn more about the free insurance available to eBay members.

## 25-NEW Design Seamless ACRYLIC Beanie Display
### Item #98698532

Toys & Beanies:Beanies:Accessories



| | | | |
|---|---|---|---|
| Lowest | **$30.00** | First bid | **$30.00** |
| Quantity | **99000** | # of bids | **2** (bid history) (with emails) |
| Time left | **8 days, 10 hours +** | Location | **Oklahoma** |
| Started | 05/01/99, 22:59:03 PDT | ✉ (mail this auction to a friend) |
| Ends | 05/11/99, 22:59:03 PDT | 🎁 (request a gift alert) |
| | | **Featured & Featured Category Auction** |

| | |
|---|---|
| Seller | **moss1@rectec.net** (996) ⭐ |
| | (view comments in seller's Feedback Profile)  (view seller's other auctions) |
| | (ask seller a question) |
| High bids | **see Dutch high bidders**  (include e-mails) |
| Payment | Visa/MasterCard, American Express, Discover, Money Order/Cashiers Checks, See item description for payment methods accepted |
| Shipping | Buyer pays fixed shipping charges, See item description for shipping charges |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Currency is U.S. dollars (US$) unless otherwise noted.

## Description

**Best Display Available, Best Price, Best Size, Best, Best, Best, Try them, you'll definitely agree!!**

# These open at the top, the lid is inset! PLUS NO ANNOYING TAPER!!!

**Avaialable Exclusively Through us!!! NOW IN LOW CASE OF 25 PRICES!!**

# Bid is for 1 Case of The AllNEW 4.25"*4.25"*8.5" SEAMLESS Display. We Were The First To Bring You 4*4*8, Now We're The First To Introduce The BEST Sized Beanie Display Available!!

**From www.clearly-better.com!! This Display IS TRULY Seamless - Many Sellers Claim Seamless, But Their Display Has a 1/4" Seam At The Top. Our Seam Truly, Almost Magically Disappears, Just Look:**

eBay item 98698532 (Ends 05/11/99,...gn Seamless ACRYLIC Beanie Display http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698532



**Our NEW Box Up Against The 4*4*8 Seamless Sold By Other Ebay Sellers!**

**Look At How Much Happier, AND Better Looking Millenium Looks In A Display Big Enough For Him!**

# AND at ONLY $1.20 per box, they're THE BEST VALUE!!

### Did I mention, NO ANNOYING TAPER. These are square!

- **Why Just Protect the Tag, When You Can Protect the Whole Beanie?**
- **These make great displays, they are to Beanie Babies what the card sleeve is to Baseball Cards!**
- **The protector is THE ONLY display available big enough for your beanies.**
- **Sealed away for everyone to see and enjoy, without touching.**
- **Put your entire collection in these cases.**
- **Beanies sealed in these cases are safe from smoke odor.**
- **Keep your Beanies Perfectly Mint.**
- **I Have Many other auctions, Bid on More Than 1, and Save on Shipping!**
- **Shipping is $11.00 per case of 25. This is the average UPS price, if you want them sent other then through UPS, please email for quote!**

- **Just Click Beanie Logo To View Other Auctions:** 

---

## Terms:

I gladly accept all major credit cards. Credit Card Will Not Be Charged Until Boxes Are Delivered!!



I will also accept your personal check, money order, or cashiers check.

Sales tax will be charged to Oklahoma residents. Buyer pays shipping costs.

Shipping Information:

Shipping cost to destinations outside the continental U.S. depends on location and method of shipping.

---

5/3/99 2:36 PM

eBay item 98698532 (Ends 05/11/99,...gn Seamless ACRYLIC Beanie Display   http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698532



## Bidding

### 25-NEW Design Seamless ACRYLIC Beanie Display (Item #98698532)

| Minimum bid | $30.00 |
| **Minimum bid** | **$30.00** |

**Registration required.** eBay requires registration in order to bid. Find out how to become a registered user. It's fast and it's **free**!

**User ID** or E-mail address        **Password** (forgotten it?)

**Quantity** you are bidding for.

_____  _Current minimum bid is 30.00_   | review bid |

Your **maximum bid**. (The amount you are offering for **each** item.)

Please type only numerals and the decimal point (if required). Do **not** include currency symbols such as a dollar sign ('$')or commas (',').

**Binding contract.**
    Placing a bid is a binding contract in many states. Do not bid unless you intend to buy this item at the amount of your bid.

**This is a Dutch auction**
    Please refer to the preceding link for the rules governing Dutch auctions **before bidding**.
    If you have bid on this item before, note that your new total value must be greater than your previous one. Total value is determined by multiplying the quantity you are bidding for by the amount bid per item.

   **Home   Listings   Buyers   Sellers   Search   Help   News/Chat   Site Map**

Thank you for using eBay!

About eBay | SafeHarbor

_Copyright © 1995-1999 eBay Inc. All Rights Reserved._
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay item 98698216 (Ends 05/11/99,...nie Boxes Clearance Sale! ACRYLIC!http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698216



**Home    Listings    Buyers    Sellers    Search    Help    News/Chat    Site Map**

Looking for a specific item on eBay? Let Personal Shopper search for you!
You're insured! Learn more about the free insurance available to eBay members.

| 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! |
| :---: |
| Item #98698216 |

Toys & Beanies:Beanies:Accessories



**Description**

| | | | |
| --- | --- | --- | --- |
| Lowest | **$25.00** | First bid | **$25.00** |
| Quantity | **100000** | # of bids | **1** (bid history) (with emails) |
| Time left | **8 days, 10 hours +** | Location | **Oklahoma** |
| Started | 05/01/99, 22:57:09 PDT | ✉ (mail this auction to a friend) |
| Ends | 05/11/99, 22:57:09 PDT | 🎁 (request a gift alert) |
| | | **Featured Category Auction** |



**Bid!**

| | |
| --- | --- |
| Seller | **moss1@rectec.net** (996) ⭐ |
| | (view comments in seller's Feedback Profile)  (view seller's other auctions) |
| | (ask seller a question) |
| High bids | **see Dutch high bidders**  (include e-mails) |
| Payment | Money Order/Cashiers Checks, See item description for payment methods accepted |
| Shipping | See item description for shipping charges |

Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Currency is U.S. dollars (US$) unless otherwise noted.

| Description |
| :---: |

# Lowest price on Ebay! - Superb Shipping & Great Reputation. Check out my feedback here

# ACRYLIC BOX SALE!

## EBAY ONLY



## This box is the most popular beanie box on the market today. It WILL NOT come

eBay item 98698216 (Ends 05/11/99,...nie Boxes Clearance Sale! ACK http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698216

apart until you are ready for it to. is
TRULY square, not funnel shaped like
most of the seamless ones. This allows
them to stack snugly. Simply The Best
Box At The Best Price.

---

**The ONLY TRUE 4\*4\*8 Case - Perfect
Case Size 4"x4"x 8" Clearance price $1.00
ea.**
This is a high quality case. Clear, with a
tight lid, Seam is VERY Clear, so it does not
interfere with the viewing of your favorite
beanie. Boxes come 25 to a case. Cases are
only $25.00 each or $1.00/box. This is the
lowest price for these displays ever!

---



# Does your display stack up? This is

eBay item 98698216 (Ends 05/11/99,...nie Boxes Clearance Sale! ACRYLIC!...http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698216

# the only display with uniform sizing allowing for convenient stacking!!

We guarantee these to arrive in great condition or we'll replace or refund!

- These make great displays, they are to Beanie Babies what the card sleeve is to Baseball Cards!
- This protector is **THE ONLY** display available big enough for your beanies.
- Sealed away for everyone to see and enjoy, without touching.
- Put your entire collection in these cases.
- Beanies sealed in these cases are safe smoke odor.
- Keep your Beanies Perfectly Mint.
- I Have Many other auctions, Bid on More Than 1, and Save on Shipping!
- Shipping is $10.00 for 25 boxes, Regular UPS!
- Bid 1 if you want 1 case of 25, 2 if you want 2 cases of 25 or 50, etc.

- Just Click Beanie Logo To View Other Auctions: 

---

**Terms:**

I will gladly accept Check, Money Order, Cashiers Check, or Travelers Checks!!

I will also accept your personal check, money order, or cashiers check.

Sales tax will be charged to Oklahoma residents. Buyer pays shipping costs.

---

**Shipping is now IMMEDIATE!!!! If you have any questions simply email me at moss1@rectec.net!**

---

## Bidding

### 4x4x8 Beanie Boxes Clearance Sale! ACRYLIC! (Item #98698216)

| | |
|---|---|
| Minimum bid | $25.00 |
| **Minimum bid** | **$25.00** |

**Registration required.** eBay requires registration in order to bid. Find out how to become a registered user. It's fast and it's **free!**

eBay item 98698216 (Ends 05/11/99,...nie Boxes Clearance Sale! ACR\http://cgi.ebay.com/aw-cgi/eBayISAPI.dll?ViewItem&item=98698216

**User ID** or E-mail addre...                                **Password** (forgotten it?)

**Quantity** you are bidding for.

_____  *Current minimum bid is 25.00*          [ review bid ]

Your **maximum bid**. (The amount you are offering for **each** item.)

Please type only numerals and the decimal point (if required). Do **not** include currency
symbols such as a dollar sign ('$')or commas (',').

**Binding contract.**
    Placing a bid is a binding contract in many states. Do not bid unless you intend to buy this
item at the amount of your bid.

**This is a Dutch auction**
    Please refer to the preceding link for the rules governing Dutch auctions **before bidding.**
    If you have bid on this item before, note that your new total value must be greater than
your previous one. Total value is determined by multiplying the quantity you are bidding for
by the amount bid per item.

  **Home  Listings  Buyers  Sellers  Search  Help  News/Chat  Site Map**

Thank you for using eBay!                        About eBay  |  SafeHarbor

*Copyright © 1995-1999 eBay Inc. All Rights Reserved.*
All trademarks and brands are the property of their respective owners.
Use of this web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF ILLINOIS**

In the Matter of

TY, INC., a Delaware Corporation

v.

STEPHEN A. MOSS, an individual,
d/b/a CLEARLY BETTER PRODUCTS, INC.

Case Number **99C    2996**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

TY, INC.

JUDGE CASTILLO

MAGISTRATE JUDGE BOBRICK

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME  RICHARD W. YOUNG | NAME  DARREN S. CAHR |
| FIRM  GARDNER, CARTON & DOUGLAS | FIRM  GARDNER, CARTON & DOUGLAS |
| STREET ADDRESS  321 N. Clark Street | STREET ADDRESS  321 N. Clark Street |
| CITY/STATE/ZIP  Chicago, IL 60610 | CITY/STATE/ZIP  Chicago, IL 60610 |
| TELEPHONE NUMBER  312-644-3000 | TELEPHONE NUMBER  312-644-3000 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  06181557 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  0621584 |
| MEMBER OF TRIAL BAR?  YES [X]  NO [ ] | MEMBER OF TRIAL BAR?  YES [ ]  NO [X] |
| TRIAL ATTORNEY?  YES [X]  NO [ ] | TRIAL ATTORNEY?  YES [ ]  NO [X] |
|  | DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [X] |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME  Michael A. Nicolas | NAME |
| FIRM  Gardner, Carton & Douglas | FIRM |
| STREET ADDRESS  321 N. Clark Street | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, IL 60610 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  (312) 644-3000 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6256453 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES [ ]  NO [X] | MEMBER OF TRIAL BAR?  YES [ ]  NO [ ] |
| TRIAL ATTORNEY?  YES [X]  NO [ ] | TRIAL ATTORNEY?  YES [ ]  NO [ ] |
| DESIGNATED AS LOCAL COUNSEL?  YES [X]  NO [ ] | DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [ ] |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**

*United States District Court for the Northern District of Illinois*

Case Number: **99C 2996**

Date: _____ 5/5/99 _____     Assigned/Issued By: _____ mc _____

---

## FEE INFORMATION

*MAGISTRATE JUDGE CASTILLO*

**Amount Due:**  ☑ $150.00   ☐ $30.00   ☐ $20.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____ $180 _____     Receipt #: _____ 2157 _____

Date Paid: _____ 5/5/99 _____     Fiscal Clerk: _____ mc _____

---

## ISSUANCES

**Type of Issuance:**  ☑ Summons                  ☐ Alias Summons

☐ Third-Party Summons          ☐ Lis Pendens

☐ Non-Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
                              Type of Writ

Original and _____ 1 _____ copies on _____ as to _____
                                              (Date)

_____

_____